```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│              CIVIL DOCKET ENTRIES FOR CASE A02-0307--CV (RRB)               │
│                 "MARVIN BRUCE HOLMES V ROBERT C. BUNDY ET AL"               │
├─────────────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel       │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 12/18/02
           Closed: 01/06/03

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (360) Other personal injury
                   28:1441
           Origin: (5) Transferred
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | HOLMES, MARVIN BRUCE | Marvin Bruce Holmes<br>Pro Per: 13913-006<br>USP Victorville<br>POB 5600<br>Adelanto, CA 92301 |
| DEF 1.1 | BUNDY, ROBERT C. | United States Attorney<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513<br>907-271-5071 |
| DEF 2.1 | HOLLAND, H. RUSSEL | United States Attorney<br>(see above) |
| DEF 3.1 | BRANSON, HARRY | United States Attorney<br>(see above) |
| DEF 4.1 | FELDIS, KEVIN | United States Attorney<br>(see above) |
| DEF 5.1 | SALEMI, JOHN B. | United States Attorney<br>(see above) |
| DEF 6.1 | VANDERPLOEG, ALAN | United States Attorney<br>(see above) |
| DEF 7.1 | UNITED STATES OF AMERICA | United States Attorney<br>(see above) |
| DEF 8.1 | LOCKYER, BILL | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│         CIVIL DOCKET PARTY INFORMATION FOR CASE A02-0307--CV (RRB)      │
│                "MARVIN BRUCE HOLMES V ROBERT C. BUNDY ET AL"            │
├─────────────────────────────────────────────────────────────────────────┤
│           Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| DEF 9.1 | FIRST NATIONAL BANK OF ANCHORAGE, THE | No counsel found for this party! |
| DEF 10.1 | HERRERA, AL | United States Attorney (see above) |
| DEF 11.1 | GISSIN, LOUISE | Marilyn J. Kamm<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99811-0300<br>907-465-3428<br>FAX 907-465-4043 |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0307--CV (RRB)
                       "MARVIN BRUCE HOLMES V ROBERT C. BUNDY ET AL"
```

For all filing dates

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 12/18/02
            Closed: 01/06/03

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury
                    28:1441
            Origin: (5) Transferred
            Demand:
        Filing fee: Waived
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 12/10/02 | Certified Cy of Order of Transfer from the USDC for the Northeren District of CA case number C 02-4562 WHA (PR). (documents 1-33 are located in expando file) |
| NOTE - 1 | 12/18/02 | Notation: ALL TRANSFERRED DOCUMENTS ARE LISTED ON THE MANUAL DOCKET SHEET LOEDGED IN THE ORIGINAL FILE. |
| 35 - 1 | 12/19/02 | HRH Notice of transfer and order from USDC Northern District of CA (C 02-4562WHA (PR)) to USDC of AK case A02-307CV(HRH). Cnsl for plf shall w/i 15 days of this order serve and file w/ the court a jnt report as to status of case. cc: cnsl |
| 36 - 1 | 12/30/02 | Return of service for defs USA, 8/22/02; Robert Bundy, 10/28/02; Harry Branson 10/28/02; Kevin Feldis 10/28/02; SA Vanderploeg 10/23/02; Al Herrera 8/9/02; 1st National Bank 10/14/02; Louise Gissin 8/21/02 |
| 37 - 1 | 12/30/02 | Proofs of service of process & attempted and/or rejected service (from CA case) |
| 38 - 1 | 01/02/03 | JWS Minute Order recusing himself; case is reassigned to Judge Beistline; use case number A02-0307 CV (RRB) on future filings. cc: cnsl, Judge Beistline, PSLC |
| 39 - 1 | 01/06/03 | RRB Order that plf's complaint is dismissed with prejudice as frivolous. The dismissal constitutes a strike under 28:1915(g). cc: M. Holmes, PSLC |
| 40 - 1 | 01/06/03 | RRB Judgment that this action is dismssed with prejudice. cc: M. Holmes, PSLC, O&J 11477 |
| 41 - 1 | 03/13/03 | PLF 1 appeal to 9CCA of (40-1) filed 01/06/03. cc: cnsl, Judge Beistlin, M. Holmes , 9CCA |
| 42 - 1 | 03/13/03 | Application to proceed without prepayment of fees w/att exhs. |
| 43 - 1 | 03/25/03 | RRB Order that plf's request to proceed w/out prepayment of fees on appeal at dkt 42 is denied with leave to amend. If plf proceeds with his appeal he must pay the $105.00 fee or file an amended application to |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A02-0307--CV (RRB)
                    "MARVIN BRUCE HOLMES V ROBERT C. BUNDY ET AL"

                                   For all filing dates
```

Document #   Filed      Docket text

|  |  |  |  |
|---|---|---|---|
| | | | waive prepayment of fees by 4/24/03. The clerk is directed to send form PS10 w/instructions to plf with this order. Plf shall provide the Court with the original plus one complete copy of every paper he submits for filing.  cc: M. Holmes w/form PS10 w/instructions, PSLC, Appeals Clerk |
| 44 - | 1 | 04/08/03 | PLF 1 motion to vacated court's order re: pre-payment of fees dated 3/25/03. |
| 45 - | 1 | 04/08/03 | PLF 1 Affidavit regarding recusal of Judge Beistline. |
| 46 - | 1 | 04/14/03 | Application to proceed without prepayment of fees w/att exh. |
| 47 - | 1 | 04/18/03 | RRB Order granting application to proceed w/out prepayment of fees (dkt 46); denying as moot motion to vacated court's order re: pre-payment of fees dated 3/25/03 (44-1).  USP Lompco or any institution with custody of plf shall collect from plf's prison trust acccount an initial partial filing fee in the amount of $57.92 and immediately send payment to the clerk of court. The institution shall send the balance of $105.00 filing fees owed in this case by collecting monthly payments. The Clerk of court shall serve a copy of this order on USP Lompoc & the Financial section of the Court.  Lompoc shall send a copy of this order to any other institution which receives custody of Mr. Holmes.  cc: M. Holmes, USP Lompoc, Finance, PSLC |
| NOTE - | 2 | 04/22/03 | Notation (re: Appeal): fowarded notice of appeal &  memo to 9CCA explaining why appeal was delayed. |
| 48 - | 1 | 04/22/03 | Cy 9CCA Certificate of Record. (41-1) cc: cnsl, M. Holmes, Judge Beistline, 9CCA (original) |
| 49 - | 1 | 05/05/03 | Cy 9CCA Time Schedule Order. (41-1). cc: M. Holmes, cnsl, Judge Beistline |
| 50 - | 1 | 05/19/03 | Copy of Order from 9CCA. (41-1) Appellant's forma pauperis status continued in 9CCA.  Deft/Appellant must pay full amount of filing & docketing fees for appeal when funds are available in appellant's acct. W/in 21 days of entry of this order, appellant shall complete and file enclosed authorization form directing prison officials at appellant's institution to assess, collect and forwarded to the court the $105 filing & docketing fee for this appeal on a monthly basis whenever funds exist in the appellant's trust fund acct.  The fees will continue to be collected regardless of the date or manner of disposition of this appeal.  If appellant fails to comply with this order the appeal will be dismissed automatically by the Clerk under 9th Cir.R 42-1.  cc:cnsl |
| 51 - | 1 | 05/27/03 | RRB Minute Order re: this case is on appeal to the Ninth Circuit Court of appeal.  The clerk is not a party to this action & plf's case is no longer before this court, the court cannot now add parties to this case. The clerk is directed to return the document to plf & plf is reminded to send any papaers in regards to this case to the Ninth Circuit.  cc: M. Holmes w/docs, PSLC |
| 52 - | 1 | 06/27/03 | DEF 11 Attorney Appearance of Marilyn J. Kamm on behalf of def Gissin. |
| 53 - | 1 | 07/24/03 | 9CCA Judgment/Final Order re: notice of appeal (41-1) that the appeal is dismissed for failure to respond to the order of this court dated 5/14/03.  cc: M. Holmes, USA, M. Kamm, Judge Beistline |